**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SNOW SHOE TOWNSHIP, A PENNSYLVANIA MUNICIPAL CORPORATION, | : | No. 594 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondent | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BOGGS TOWNSHIP, A PENNSYLVANIA MUNICIPAL CORPORATION, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.